IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Johnette Adams, ) | |
| ) | |
| Plaintiff, ) | C/A NO. 3:05-1546-CMC |
| ) | |
| v. ) | |
| ) | **OPINION AND ORDER** |
| Broadspire Administrative Services, Inc., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court for resolution on the merits based on written submissions. *See* Dkt No. 10 (consent to disposition on written submissions filed February 17, 2006). By order entered February 6, 2006, the court established April 30, 2006, as the deadline for submission of cross-memoranda in support of judgment. Dkt No. 9. That order allowed each party five days after filing of the memoranda to file an optional reply.

Defendant filed a timely memorandum in support of judgment on May 1, 2006.[1] Defendant also filed the Joint Stipulation with attached administrative record. Plaintiff did not file a cross-memorandum in support of judgment. Neither did Plaintiff reply to Defendant's memorandum.

Having reviewed Defendant's submissions and in the absence of any opposition, the court concludes that Defendant is entitled to judgment in its favor on the merits for the reasons set forth in Defendant's memorandum. The court declines to award attorneys' fees to either side.

IT IS SO ORDERED.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 24, 2006

---

[1] Because April 30, 2006, fell on a Sunday, the deadline automatically shifted to Monday, May 1, 2006.